IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: _2:06-726_ |
| | : | 18 U.S.C. § 641 |
| v. | : | |
| | : | |
| **JENNIFER WILLIAMS** | : | |

**INDICTMENT**

**COUNT 1**
(Theft of government property)

THE GRAND JURY CHARGES:

From in or about April 2004 through January 2006, in the District of South Carolina, the defendant, **JENNIFER WILLIAMS**, wilfully and knowingly did embezzle and convert to her own use Social Security benefits, property of the United States of a value more than $1,000, which said property had come into the possession and under the care of **JENNIFER WILLIAMS** by virtue of her position as representative payee for the Social Security benefits for another person;

In violation of Title 18, United States Code, Section 641.

A  **TRUE**  BILL

*S/ Foreperson*
FOREPERSON

*S/ Reginald I. Lloyd*
REGINALD I. LLOYD (MRD)
UNITED STATES ATTORNEY

## PENALTY

## COUNT 1

**MAXIMUM SENTENCE THIS COUNT
FINE OF $  250,000    (18 USC §3571)
AND/OR IMPRISONMENT FOR   5   YEAR(S)
AND A TERM OF SUPERVISED RELEASE OF
  3    YEAR(S) (18 USC §3583)
SPECIAL ASSESSMENT $  100.00
(18 USC §3013)**