IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:06-726 |
| | ) | |
| -vs- | ) | EDWARDS NOTICE |
| | ) | |
| JENNIFER WILLIAMS | ) | |

      The defendant, JENNIFER WILLIAMS, hereby asserts her Fifth Amendment Right to remain silent and asserts her Sixth Amendment Right to counsel.  The Defendant does not wish to be questioned in the absence of counsel pursuant to McNeil v. Wisconsin, 111 S.Ct. 220 (1991) and Edwards v. Arizona, 451 U.S. 477 (1981).

      Respectfully submitted,

      S/ J. Robert Haley
      J. Robert Haley, Esquire
      Assistant Federal Public Defender
      145 King Street, Suite 325
      Post Office Box 876
      Charleston, SC 29402
      Attorney ID # 1665

August 7, 2006