AO442 Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.

JENNIFER WILLIAMS

**WARRANT FOR ARREST**
CASE NUMBER: 2:06-726

To:   The United States Marshal or any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest JENNIFER WILLIAMS and bring her forthwith to the nearest magistrate judge to answer description(n)

☐ Indictment    ☐ Information    ☐ Complaint    ■ Order of Court
☐ Pre Trial Release Violation Petition

charging him or her with violation of: See attached Indictment and Order

For a description of the charges, see the Indictment. A copy of the Indictment is attached for service on the defendant.

| Larry W. Propes | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | August 1, 2006 Charleston, SC |
| Signature of Issuing Officer | Date and Location |

Bail to be set by Judge before whom defendant initially appears.

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at DSC Charleston Div

| Date Received 8/2/2006 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 8/4/2006 | Surrendered — Admin Supp Ast | J.B. Mayo |