IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

**VS**   CR NO. **2:06-726**

**JENNIFER WILLIAMS**

# PLEA

The defendant, **JENNIFER WILLIAMS**, having withdrawn her plea of Not Guilty entered August 4, 2006, pleads **GUILTY** to Count(s) _____1_____ of the **Indictment** after arraignment in open court.

_Jennifer R. Williams_
(Signed) Defendant

Charleston, South Carolina
November 7, 2006