PROB 12B
(Rev. D/SC - 1/09)

# UNITED STATES DISTRICT COURT
for
District of South Carolina

RECEIVED CLERK'S OFFICE
2010 JAN 19 A 10:01
DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Jennifer Williams         **Case Number:** 2:06CR00726-001

**Name of Sentencing Judicial Officer:** The Honorable Patrick Michael Duffy, U. S. District Judge

**Date of Original Sentence:** January 29, 2007

**Original Offense:** Theft of Government Property

**Original Sentence:** 5 years probation

**Type of Supervision:** Probation         **Date Supervision Commenced:** January 29, 2007

**Previous Court Action/Notification(s):**

---

### PETITIONING THE COURT

[ ]     To extend the term of supervision for____ years, for a total term of ____ years.

[X]     To modify the conditions of supervision as follows:

1. The defendant shall participate in a program of mental health counseling as directed by the U.S. Probation Officer.

2. The defendant shall pay $25 a month towards the court-ordered restitution beginning 60 days from her release from State custody for Failure to Pay Child Support.

Prob 12B
(Rev. D/SC - 1/09)

Page 2

## CAUSE

The defendant was arrested and sentenced by the Berkeley County Sheriff's Department on August 5, 2009, for Failure to Pay Child Support. The defendant received a one year sentence and due to good time early release, she was released on January 12, 2010.

Respectfully submitted,

by *Gregory R. Marett*

Gregory R. Marett
U.S. Probation Officer

Date:   January 13, 2010

Reviewed and Approved By:

*Ruth E. Daugherty*

Ruth E. Daugherty
Supervising U.S. Probation Officer

---

## THE COURT ORDERS:

☐  No action.

☐  The extension of supervision as noted above.

☑  The modification of conditions as noted above.

☐  Other

*Patrick Michael Duffy*
Patrick Michael Duffy
U. S. District Judge

Date  Jan 15, 2010

PROB 49
(D/SC 12/2008)

# UNITED STATES DISTRICT COURT

## Charleston, District of South Carolina

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation/Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation/Supervised Release or to the proposed extension of my term of supervision:

1) The defendant shall participate in a program of mental health counseling as directed by the U.S. Probation Officer

2) The defendant shall pay $25 monthly towards restitution beginning 60 days from her release for failure to pay child support.

Witness: _Gregory R. Marett_ (signature)
Gregory R. Marett
U.S. Probation Officer

Signed: _Jennifer Williams_ (signature)
Jennifer Williams
Probationer or Supervised Releasee

_1/7/10_
Date